The People of the State of New York ex rel. Bernard De-Veaux, Appellant, v Donald Sawyer, as Executive Director of Central New York Psychiatric Center, et al., Respondents.

Submitted February 28, 2011; decided May 3, 2011

Motion for leave to appeal dismissed upon the ground that it does not lie from the order of the individual Justice of the Appellate Division (*see* NY Const, art VI, § 3 [b]; CPLR 5602). Motion for poor person relief dismissed as academic.

In the Matter of the Claim of Robin L. Ross, Appellant. Starwood Hotels & Resorts Worldwide, Inc., Respondent; Commissioner of Labor, Respondent.

Submitted February 28, 2011; decided May 3, 2011

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying appellant's motion for reconsideration, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.